[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 2, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-14716
Non-Argument Calendar

_____

D. C. Docket No. 98-00115-CR-CB-001

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GABRIEL STEWART,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(May 2, 2006)**

Before DUBINA, CARNES and HULL, Circuit Judges.

PER CURIAM:

Latisha Colvin, appointed counsel for Gabriel Stewart in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Stewart's revocation of supervised release and resulting sentence are **AFFIRMED**.